JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HANNA FAYAD,** | **Case No.:** CV22-04288 PA (ASx) |
| Plaintiff, | **ORDER** |
| v. | **HON. PERCY ANDERSON** |
| **PARADIGM ASSETS LLC; CAWLEY & BERGMANN, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AND, TRANS UNION LLC** | |
| Defendant(s). | |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant PARADIGM ASSETS LLC to be, and is, dismissed with prejudice.  Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: **May 12, 2023**

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE